# Bobby J. Ware   v.   H.E.B, INC.

Title V11 Civil Rights Act:
Section 2000 E -2 Sec.703 a

**Discriminatory Termination / Disparate Impact**

**Discriminatory Termination / Disparate Intent/ Treatment**

FILED
FEB 12 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

W19CA048

**Plaintiff** – Bobby J. Ware brings suit against H.E.B, INC. the Human Resource Dept. and management members involved in the decision resulting in the wrongful termination of Plaintiff. Plaintiff allege that management through its disciplinary actions and bias treatment has discriminated against him by using a policy rule that allows them to unfairly discipline with no guide lines. Plaintiff also allege that same policy rule has not been used consistently to subject other members not of his race to the same adverse treatment.

## BackGround

Mr. Ware at the age of 50 years old had been employed with H.E B, INC. as a truck driver for
19 ½ years .Mr. Ware had an excellent work history, and driving record and had no displinary
Actions in his 19 plus years. He also had only missed less than 10 days of work time in the 19 years.

Mr. Ware received the National Driving Safety Award in 2014 for having driven 2 Million Miles
And maintaining an excellent driving record.

Mr. Ware was and experienced driver and was performing his job up to his termination.

Mr. Ware states that on November 10, 2015 he was contacted by his supervisor who immediately accused him of backing into a truck and failing to report the accident, while he was at the Del – Monte Food Plant in Ft. Worth TX.

His supervisor further stated that he could lose his job over this incident.

Ware informed the supervisor that he did not back into any truck and that the incident she was referring to occurred that morning at 6: am and the truck driver behind him rolled forward and tapped the bumper and there was no damage to either vehicle, and the driver admitted he had forgot to set his brake.

Upon Ware returning to the Transportation Plant located in Temple TX. He was immediately told to report to the office where he was told to submit to a Drug Test and to write a statement of the events of that morning.
Mr. Ware states that he could immediately see he was being treated differently just over a bumper tap by another truck driver which caused no damage.

Mr. Ware states that after his statement was given he was then accused of being deceitful and lying about the incident. Mr. Ware was suspended from his employment on Nov. 10, 2015 and terminated on Dec. 1, 2015.

Ware was never given any documentation sustaining his termination and only received a phone call informing him **that he was terminated and the decision was made by management in the main office in San Antonio TX.**

Mr. Ware contacted the Human Resource Dept. with H.E.B to file a report on the unfair treatment, unfair Displine and the Severe Action taken against him by management. The Human Resource Dept. denied him the right to file a complaint and stated that he had been deceitful.

Ware filed a complaint with the Dallas District EEOC office for discrimination and wrongful termination. Ware is protected under Title V11 Civil Rights Act.

### Prima Facie Case

Plaintiff is a black male over the age of 40 who is protected under Title V11 of the Civil Rights Act of 1964 which makes it illegal to discriminate against him because of race or to treat him worse because of his color.

Plaintiff Ware is also protected under Title V11 which prohibits the employer from using a policy rule or practice to be used to have an adversely effect on his protected class that would not be used on others not of his class to have the same affect.

Plaintiff was subjected to such a policy rule and the severe action by management of Termination after 19 years of employment.

Plaintiff allege that the same rule and policy has not been used against all others not of his race with his longevity.

Plaintiff allege that he has been discriminated against by H.E.B management through its disciplinary actions and by its Human Resource Dept. by denying him the process to file unjust and unfair and discriminatory practices.

### Discriminatory Intent / Treatment

Ware states that he has never in his 19 plus years seen any of his fellow drivers being of a different race treated as unfairly as he was treated and labeled as a liar.

Ware was immediately accused of being in the wrong and told he was being deceitful and was lying before any investigation had been done.

Ware was made to give another statement after he had been suspended on the bumper tap incident and was made to sit outside at a picnic table to write and was not allowed inside.

Ware states that management has falsely accused him of being deceitful but has yet to provide any proof of their investigation to show he lied.

Ware was told by his supervisor before he even returned to the plant that he could lose his job over this and they had not even heard his facts of what occurred.

Ware Allege that the individuals involved in his decision making process were of a different race than his race and would not have used the same adverse treatment and outcome with other drivers not of his race with the same longevity as his.

Ware allege that management failed to investigate their allegation to support their claim and only used a policy rule to terminate his employment based on a false report from an unknown driver and has provided no investigation to justify his termination.

Mr. Ware Allege that management has taken opportunity to deny him further opportunity to succeed and receive his full benefits from the company.

Mr. Ware states that The Human Resource Dept. responded to the EEOC complaint by stating that he had been involved in various accidents throughout his years of employment and knew he was to report the accident.

Mr. Ware Allege that the Human Resource Dept. is still insinuating and reporting false information to justify their wrongful termination.

Mr. Ware has only been involved in 2- accidents in his 19 years employed and neither of the accidents were his fault and both were involving damage that had to be reported.
Mr. Ware states that their response to his termination and discrimination was only that he should have reported the no damage contact and ***there was a black person involved in the decision to terminate his employment who is employed at the Temple Plant.***

Mr. Ware obviously has knowledge that drivers not of his race have been involved in accidents being at fault and not at fault and on more than one occasion but are still employed at H.E.B

Mr. Ware had nothing to gain by not reporting a bumper tap which caused no damage and knowing it was not his fault and the other driver admitted to not setting his brake. He further had no reason to be deceitful or lie about a rolling bumper tap.

### Disparate Impact

Plaintiff allege that H.E.B management and the Human Resource Dept. wrongfully terminated him based on a rule or practice they have in place to allow them to inflict personal harm and false allegations against him and they know that this rule does not warrant the severe action taken against him but it allows them to discriminate without any guidelines but also uses the same rule to issue a less severe employment action for others.

**The circumstances involving Bobby Ware's treatment and termination as being an excellent employee are so unusual, severe and noticeable wrong that any reasonable person would only see or assume that race and discriminatory practice played a part in the decision making process of this Adverse employment action taken against him.**

X *Bobby Ware*
Plaintiff

2-10-2019

Ware v. H.E.B Inc.

Plaintiff:        Bobby Ware — 1618 Alston St 76705

Representative:   Dexter Kuykendall

~~P.O Box 23744  Waco TX 767~~02    Ph # 254-424-2421


Defendant:  H. E B INC.

646 South Flores St.  San Antonio TX 78204

Phone # 210- 938-8998

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

W19CA048

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Bobby J Ware

**DEFENDANTS**
H.E.B Inc.

(b) County of Residence of First Listed Plaintiff: McLennan County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
1618 Alston St Waco TX 76705

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title VII Civil Rights Act 1964

Brief description of cause:
Wrongful Termination, Bias + unfair disciplinary Actions Policy-Rule Treatment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600024382
Cashier ID: tbrace
Transaction Date: 02/12/2019
Payer Name: DEXTER W. KURKENDALL
----------------------------------
CIVIL FILING FEE
 For: BOBBY J. WARE
 Amount:         $400.00
----------------------------------
PAPER CHECK
 Remitter: DEXTER W. KURKENDALL
 Check/Money Order Num: 507
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

CIVIL FILING FEE. 6:19-CV-048, WARE
V. H.E.B., INC., PAID BY DEXTER W.
KURKENDALL
```