IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BOBBY J. WARE,<br>     PLAINTIFF, | § § § § | |
| v. | § § | Case No. 6:19-cv-00048-ADA-JCM |
| | § § | |
| H-E-B, L.P.,<br>     DEFENDANT. | § § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this suit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in this lawsuit.

It is therefore ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendant, all of Plaintiff's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED this 19th day of December, 2019.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE